IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PIERRE S. MACKEY, | : | |
| Plaintiff, | : | 1:14-cv-476 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| ADAM GOOD, | : | |
| Defendant. | : | |

## ORDER

### January 28, 2015

**NOW, THEREFORE,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss, or in the alternative, for summary judgment, (Doc. 10), is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge